IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KELVIN CAIN,<br><br>  Petitioner,<br><br>  v.<br><br>SUPERINTENDENT PAYNE, et al.,<br><br>  Respondent. | CIVIL ACTION FILE<br>NO. 1:15-CV-2276-TWT |

**ORDER**

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge that the action be dismissed pursuant to 28 U. S. C. § 1915(g). The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 10 day of August, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\15\Cain\15cv2276\r&r.wpd